

**ORDERED in the Southern District of Florida on August 16, 2010.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
                 WEST PALM BEACH DIVISION

In re:                              CASE NO.:09-14345-BKC-PGH

MITCHELL J. STEIN,                  CHAPTER 11
     Debtor(s).
_____/

MITCHELL J. STEIN,                  ADV. NO.:10-3162-BKC-PGH-A

     Plaintiff(s),

v.

LEE EHRLICHMAN and
LISA L. MAKI,

     Defendant(s).
_____/
```

### ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED

**THIS MATTER** came before the Court *sua sponte*. It has been brought to the attention of this Court that the parties in the above-referenced Adversary Proceeding have reached a settlement.

Therefore, with the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the above-referenced Adversary Proceeding is **DISMISSED AS SETTLED.** This Court reserves jurisdiction to approve and enforce the Settlement, which shall be filed within ten (10) days from the date of this Order. The Court also retains jurisdiction to vacate this Order, reinstate the Adversary Proceeding, and reset it for trial if the Settlement is not approved. Dismissal does not affect the validity or enforceability of any judgement entered before or after entry of this Order.

###

Copies Furnished To:

Joey M. Grant, Esq. for Plaintiff

AUST


Plaintiff's Counsel is directed to serve a conformed copy of this Order on all interested parties and file certificate of service with the Court.