

**ORDERED in the Southern District of Florida on August 16, 2010.**

                                                 **Paul G. Hyman, Chief Judge**
                                                 **United States Bankruptcy Court**

_____

```
           UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF FLORIDA
              WEST PALM BEACH DIVISION

In re:                           CASE NO.:09-14345-BKC-PGH

MITCHELL J. STEIN,               CHAPTER 11
     Debtor(s).
_____/

MITCHELL J. STEIN,               ADV. NO.:10-3162-BKC-PGH-A

     Plaintiff(s),

v.

LEE EHRLICHMAN and
LISA L. MAKI,

     Defendant(s).
_____/
```

<u>**ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED**</u>

**THIS MATTER** came before the Court *sua sponte*. It has been brought to the attention of this Court that the parties in the above-referenced Adversary Proceeding have reached a settlement.

Therefore, with the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the above-referenced Adversary Proceeding is **DISMISSED AS SETTLED**.  This Court reserves jurisdiction to approve and enforce the Settlement, which shall be filed within ten (10) days from the date of this Order.  The Court also retains jurisdiction to vacate this Order, reinstate the Adversary Proceeding, and reset it for trial if the Settlement is not approved.  Dismissal does not affect the validity or enforceability of any judgement entered before or after entry of this Order.

###

Copies Furnished To:

Joey M. Grant, Esq. for Plaintiff

AUST


Plaintiff's Counsel is directed to serve a conformed copy of this Order on all interested parties and file certificate of service with the Court.

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: leonardmd          Page 1 of 1                Date Rcvd: Aug 17, 2010
Case: 10-03162                Form ID: pdf005          Total Noticed: 1

The following entities were noticed by first class mail on Aug 19, 2010.
ust           +Office of the US Trustee,   51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2010**                   Signature:   _Joseph Speetjens_